**Order filed July 10, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00608-CV**

_____

**IN RE ALTERRA EXCESS & SURPLUS INSURANCE COMPANY F/K/A MAX SPECIALTY INSURANCE COMPANY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-58047**

---

## O R D E R

On June 29, 2012, relator Alterra Excess & Surplus Insurance Company f/k/a Max Specialty Insurance Company filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this court to order The Honorable Jaclanel McFarland, Judge of the 133rd District Court, Harris County, Texas, to set aside portions of her order dated June 4, 2012, entered in trial court cause number 2010-58047, styled *GFI Management Services Inc. v. Zurich American Insurance Company, Lexington Insurance Company, Steadfast Insurance Company and Vericlaim, Inc.* Relator asserts the trial court abused its discretion in denying its request for appraisal.

It appears from the facts stated in the petition that relator's request for relief requires

further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER that the July 12, 2012 hearing in the court below is stayed with respect to the appointment of an umpire in the ongoing appraisal. The ongoing appraisal between Westchester Surplus Lines Insurance Company and the real parties in interest related to trial court cause number 2010-58047, in the 133rd District Court, Harris County, Texas, styled *GFI Management Services Inc. v. Zurich American Insurance Company, Lexington Insurance Company, Steadfast Insurance Company and Vericlaim, Inc.* is also stayed until final decision by this court of relator's petition for writ of mandamus, or until further orders of this court.

This court further requests a response to the petition for writ of mandamus from the real parties in interest to be filed on or before July 31, 2012.


PER CURIAM

Panel consists of Justices Frost, McCally, and Busby.